# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:16-CR-309-RJC-DCK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> WILLIS BARRINO, ) <br> ) <br> Defendant, ) <br> and ) <br> ) <br> TODD STEGALL TRUCKING COMPANY, ) <br> ) <br> Garnishee. ) <br> ) | **ORDER OF CONTINUING GARNISHMENT** |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Continuing Garnishment" (Document No. 21) and the "Answer Of Garnishee" (Document No. 20).

Judgment in the criminal case was filed on September 22, 2003. (Document No. 1). As part of that Judgment, Defendant Willis Barrino ("Barrino" or "Defendant") was ordered to pay an assessment of $200.00 and restitution of $14,447.79 to the victims of the crime. Id.

On February 17, 2023, the Court entered a "Writ Of Continuing Garnishment" (Document No. 17) (the "Writ") to the Garnishee, Todd Stegall Trucking Company. Defendant was served with the Writ on February 23, 2023, and the Garnishee was served on February 23, 2023. The Garnishee filed an "Answer…" (Document No. 20) on March 13, 2023, stating that at the time of the service of the Writ, the Garnishee had in its custody, control or possession property or funds owned by Defendant, including non-exempt, disposable earnings. Defendant has not requested a hearing, and the time period for doing so has elapsed.

**IT IS, THEREFORE, ORDERED** that an Order of Continuing Garnishment is hereby ENTERED in the amount of **$10,300.00** computed through February 16, 2023. The Garnishee shall pay the United States up to the lesser of (1) twenty-five percent of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or (2) the amount by which Defendant's disposable earnings for each week exceed 30 times the federal minimum wage. See 15 U.S.C. § 1673(a). The Garnishee shall continue payments until the debt to Plaintiff is paid in full or until the Garnishee no longer has custody, possession or control of any property belonging to Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

> Clerk of the United States District Court
> 401 West Trade Street
> Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: Court Number DNCW3:16CR309.

**IT IS FURTHER ORDERED** that the Garnishee will advise this Court if Defendant's employment is terminated at any time by the Garnishee or Defendant.

Plaintiff will submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: April 17, 2023

David C. Keesler
United States Magistrate Judge