IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:16-CR-0309-RJC-DCK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| | ) | |
| WILLIS BARRINO, | ) | |
| | ) | |
| Defendant, | ) | |
| and | ) | |
| | ) | |
| TODD STEGALL TRUCKING COMPANY, | ) | |
| | ) | |
| Garnishee. | ) | |

**THIS MATTER IS BEFORE THE COURT** on the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 23) filed February 22, 2024. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will grant the motion.

The Government asserts that the "Order Of Continuing Garnishment" (Document No. 22) should be dismissed "against the Defendant as to the Garnishee for reason that the Defendant's restitution debt has been paid in full." (Document No. 23).

**IT IS, THEREFORE, ORDERED** that the Government's "Motion For Dismissal Of Order Of Continuing Garnishment" (Document No. 23) is **GRANTED**. The Order of Continuing Garnishment filed in this case against Defendant as to the Garnishee is **DISMISSED**.

Signed: February 23, 2024

David C. Keesler
United States Magistrate Judge